IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

CHARLES D. SWOR ）
and RACHEL L. SWOR, ）
）
      Plaintiffs, ）   TC-MD 120594D
）
    v. ）
）
DEPARTMENT OF REVENUE, ）
State of Oregon, ）
）
      Defendant. ）   **DECISION**

This matter is before the court on Defendant's recommendation, filed September 24, 2012, agreeing to provide Plaintiffs with their requested relief for tax years 2008, 2009 and 2010 and requesting that Plaintiffs' appeal be dismissed. In their letter dated October 5, 2012, Plaintiffs stated that because Defendant will "refund[ing of] all payments made during the review of this case, plus interest," they "are willing to dismiss this case."

Plaintiffs also stated that they "would like to remind the court that we have requested the filing fee for this case to be reimbursed to us by the Oregon Department of Revenue. The arguments we made in this case were no different from the ones we made in our initial appeal with them." In its Answer, filed July 26, 2012, Defendant stated that it disagreed that "Plaintiffs provided proof that Mr. Swor personally applied for the fellowship grant. Defendant also disagrees that Plaintiffs provided proof of the housing expenses for the years in question. Defendant request[s] Plaintiffs provide the additional information as outlined on the attached Request for Information." At the case management conference held on August 27, 2012, Plaintiff (Charles D. Swor) stated that on August 21, 2012, he faxed 38 pages in response to Defendant's information request.

ORS 314.425(1)(2011) states in pertinent part that taxpayers must be ready to produce "any books, papers, records or memoranda bearing upon [any] matter required to be included in the return[.]" Even though Plaintiffs' "arguments * * * made in this case were no different from the ones * * * made in [their] initial appeal with" Defendant, Defendant requested substantiation in support of Plaintiffs' arguments. Plaintiffs had adequate substantiation. If Plaintiffs had provided that substantiation at the same time they made their "arguments," this matter would not have found its way to this court. Plaintiffs' request that Defendant reimburse their court filing fee is denied. Now, therefore,

IT IS THE DECISION OF THIS COURT that for the tax years under appeal, Defendant shall cancel its Notice of Deficiency Assessment, dated March 15, 2012, and allow Plaintiffs to deduct "Scholarships Used for Housing Expenses" in the amount of $11,550, $11,400 and $10,825, for tax years 2008, 2009 and 2010, respectively.

IT IS FURTHER DECIDED that Plaintiffs' request that Defendant reimburse them for court fees is denied.

Dated this ____ day of October 2012.

JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on October 9, 2012. The Court filed and entered this document on October 9, 2012.*